UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**George L. Russell, III**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

June 22, 2012

TO COUNSEL OF RECORD RE:   Montgomery Mutual Insurance Company, et al.
 v. Baltimore Masonry, Inc., et al.
 Civil Action No. GLR-11-2721

Dear Counsel:

A telephone conference call has been set for **Wednesday, June 27, 2012 at 10:00 a.m.** to discuss the appropriate schedule in this case. Plaintiff's counsel is requested to initiate the call to my Greenbelt Chambers at **301-344-0670**. Also, because the telephone conference will be recorded, counsel are asked not to use speakerphones as they interfere with the recording equipment.

Attached is a preliminary scheduling order with approximate dates for your information. Please consult with one another before the call and be prepared to discuss:

1. Whether there is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings;

2. Whether you would like to participate in a settlement conference either before or after the completion of discovery;

3. Whether discovery of electronically stored information is expected to be problematic;

4. Whether you would like to defer any of the expert discovery until after summary judgment motions are resolved;

5. Any changes to the dates in the preliminary scheduling order;

6. Whether the allocated deposition hours are sufficient, and

7. Setting a trial date on the Court's calendar and determining its likely duration.

Counsel should file a letter briefly addressing the seven points outlined above two days prior to the scheduled telephone conference.

In addition, the preliminary scheduling order authorizes the initiation of discovery, and I want to be certain that counsel are aware of the obligations imposed upon them as part of the discovery process. Please see the attached "Standing Order on Discovery Procedures" for additional guidance.

Very truly yours,

/s/

George L. Russell, III

Attachment 1:   Preliminary Scheduling Order
Attachment 2: Standing Order on Discovery Procedures